**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-02186-WJM-CBS

DANIEL R. ZENTZ, individually, and
ZENTZ, INC., d/b/a/ SUBWAY #11840, a Colorado corporation,

      Plaintiffs,
v.

HARTFORD CASUALTY INSURANCE COMPANY

      Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR PARTY DISMISSAL**

---

This matter comes before the Court on Plaintiff's Unopposed Motion for Dismissal Without Prejudice of Plaintiff Daniel R. Lentz filed December 12, 2021 (ECF No. 16). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Unopposed Motion is GRANTED. Plaintiff Daniel R. Lentz is hereby DISMISSED WITHOUT PREJUDICE. All parties shall bear their own attorney's fees and costs.

Dated this 17th day of December, 2012.

                                                BY THE COURT:

                                                William J. Martínez
                                                United States District Judge